Catherine Pearson, Esq. #023337
**PEARSON LAW GROUP, LLC**
9375 E. Shea Blvd., Suite 100
Scottsdale, Arizona 85260
Telephone: (602) 688-6680
Email: catherine@pearsonlg.com

Michelle G. Breit, Esq. #021439
**BREIT LAW, P.C.**
14300 N. Northsight Blvd., Suite 210
Scottsdale, Arizona 85260
Telephone   (480) 336-2800
Email: mbreit@breitlawgroup.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JOSEPH A. GIRON, an individual; MISSION MEDICAL SERVICES, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINGBOARD, INC., an Arizona corporation; SPRINGBOARD HEALTHCARE GROUP, LLC, an Arizona limited liability company; and GAVIN HAYS, an unmarried man<br><br>Defendants. | No.<br><br>**NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441(a) and 1446 and LRCiv 3.6, Defendants Springboard, Inc., Springboard Healthcare Group, LLC and Gavin Hays (collectively "Defendants") hereby remove to this Court an action pending in the Arizona Superior Court, Maricopa County (No. CV2017-013928).

The grounds for removal are:

1. On October 30, 2017, Plaintiffs Joseph A. Giron and Mission Medical Services,

Inc. filed an action in the Superior Court of the State of Arizona, Maricopa County, No. CV2017-013928 (the "Action").

2. This Court has original jurisdiction over the Action as Plaintiff alleges Defendants violated §10(b) of the Securities Exchange Act of 1934 (15 U.S.C. § 78j(b)) and SEC Rule 10b-5 (17 C.F.R. § 240. 10b-5) based on allegations of material misrepresentations [Complaint ¶¶ 87-93 (Count Five)]. *See* 15 U.S.C. §78aa (2010) ("The district courts of the United States and the United States Courts of any Territory or other place subject to the jurisdiction of the United States shall have exclusive jurisdiction of violations of this chapter or the rules and regulations thereunder…"); *McCarter v. Mitcham*, 883 F.2d 196, 201 (3rd Cir. 1989) ("section 10(b) and Rule 10b-5 Securities Exchange Act of 1934 claims are subject to exclusive federal jurisdiction").

3. In addition, this Court has original jurisdiction under 28 U.S.C. § 1332. Plaintiff Joseph A. Giron is a citizen of the State of California [Complaint ¶ 6] and Plaintiff Mission Medical Services is a California corporation with its principal place of business in the State of California [Complaint ¶ 7]. Defendant Springboard, Inc. is an Arizona corporation with its principal place of business in Arizona. Springboard Healthcare Group, LLC is an Arizona limited liability company, with its principal place of business in Arizona and its sole member, defendant Gavin Hays, is a citizen of Arizona. The amount in controversy exceeds $75,000.

4. To the extent Plaintiffs seeks other relief, the Court has pendant jurisdiction under 28 U.S.C. § 1367.

5. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b), as Defendants' undersigned counsel received the pleading on October 31, 2017, with a request to accept service on behalf of Defendants.  On November 5, 2017, Defendants' counsel accepted service of process on behalf of Defendants.

6. Defendants have served a copy of this Notice of Removal on Plaintiffs in accordance with 28 U.S.C. § 1446(d).

7. This Court is part of the district and division embracing the place where this

2

1  action was filed – Maricopa County, Arizona. 28 U.S.C. §§ 1441, 1446. Venue is proper in
2  this district pursuant to 28 U.S.C. § 1391.

3        8. Pursuant to 28 U.S.C. § 1446(a) and LRCiv 3.6(b), the undersigned counsel for
4  Defendants, verifies that true and complete copies of all pleading and other documents
5  filed in the State court proceeding are filed herewith as Exhibit A.

6        9. A copy of the Notice of Removal to Federal Court has been filed with the
7  Superior Court Clerk of Maricopa County in accordance with 28 U.S.C. § 1446(d), and is
8  attached hereto as Exhibit B.

9        10. This Notice is signed pursuant to Federal Rule of Civil Procedure 11 in
10  accordance with 28 U.S.C. § 1446(a).

      DATED this 21st day of November 2017.

      By: s/ Michelle G. Breit

      Michelle G. Breit, Esq. #021439
**BREIT LAW, P.C.**
14300 N. Northsight Blvd., Suite 210
Scottsdale, Arizona 85260

Catherine M. Pearson
**PEARSON LAW GROUP, LLC**
9375 E. Shea Blvd., Suite 100
Scottsdale, Arizona 85260

*Attorney for Defendants*

Filed electronically this 21st day
of November, 2017 at ecf.azb.uscourts.gov

COPY of the foregoing emailed and mailed
this 21st day of November, 2017 to:

Gregory B. Collins (#023158) – gbc@kflawaz.com
Seth T. Goertz (#031645) – stg@kflawaz.com
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
*Attorneys for Plaintiffs*

Pearson Law Group LLC
1221 E. Osborn Rd., Ste. 101
Phoenix, Arizona, 85014

3